UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN PIRELLO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOLARIS ENERGY INFRASTRUCTURE, INC., PAUL GORANSON, and SHONA WILSON,<br><br>Defendants. | Civil Action No. 4:25-cv-01455<br><br>**NOTICE THAT THE MOTION OF STEPHEN PIRELLO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL IS NOT OPPOSED** |

Plaintiff Stephen Pirello ("Pirello") submits this Notice to inform the Court that his motion for appointment as lead plaintiff and approval of counsel filed on May 27, 2025 (Dkt. No. 12, the "Motion") is not opposed.

No other investor filed a competing motion for appointment as lead plaintiff. Moreover, the deadline to file any opposition to Pirello's Motion was Jun 17, 2025. The deadline passed and no opposition to Pirello's Motion was filed. Accordingly, Pirello's Motion is unopposed. As such, Pirello respectfully requests that the Court enter an Order (*see* Dkt. No. 12-6): (1) appointing Pirello as Lead Plaintiff; and (2) approving Pirello's selection of Glancy Prongay & Murray LLP as Lead Counsel and Ahmad, Zavitsanos & Mensing PLLC as Liaison Counsel for the class.

Dated: June 23, 2025                                    Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING P.C.**

*/s/ Sammy Ford IV*
Sammy Ford IV
State Bar No. 24061331
Jordan Warshauer
State Bar No. 24086613
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Facsimile: (713) 655-0062
Email: sford@azalaw.com
            jwarshauer@azalaw.com

*Liaison Counsel for Lead Plaintiff Movant Stephen Pirello and Proposed Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Stephen Pirello and Proposed Lead Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 23, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Sammy Ford IV*
Sammy Ford IV