United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Stephen Pirello, | § | |
| Plaintiff, | § | |
| VS | § | CIVIL ACTION NO. 4:25CV1455 |
| | § | |
| Solaris Energy Infrastructure, *et al* | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on February 17, 2026 (doc no.

20) , this **case is DISMISSED** without prejudice,.

SIGNED: February 18, 2026

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE